IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) | |
| FUNDS OF ILLINOIS, *et al*., ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 10 C 7766 |
| vs. ) | |
| ) | JUDGE GEORGE W. LINDBERG |
| WILLIAM A. DUGUID COMPANY, ) | |
| a dissolved Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, WILLIAM A. DUGUID COMPANY, a dissolved Illinois corporation, in the total amount of $13,612.63, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,495.00.

On December 17, 2010, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Illinois Secretary of State because the corporation was dissolved on September 10, 2010 and the corporation's registered agent could not, with reasonable diligence, be found at the registered office of record) (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto). Therefore, Defendant's answer was due on January 7, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 16th day of February 2011:

>Mr. Peter W. Duguid, Registered Agent
>William A. Duguid Company
>601 W. Carboy Road
>Mt. Prospect, IL 60056


/s/ Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Duguid, William Company\motion.cms.df.wpd